IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:26-352 |
| | ) | 18 U.S.C. § 111(a)(1) |
| v. | ) | |
| | ) | |
| | ) | |
| **JECKSON ARMANDO** | ) | |
| **VASQUEZ-SALMERON** | ) | **INDICTMENT** |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about March 05, 2026, in the District of South Carolina, the Defendant, **JECKSON ARMANDO VASQUEZ-SALMERON**, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with employees of Immigration and Customs Enforcement, while the employees were engaged in their official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

A _____TRUE_____ Bill

███████████████████████

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Lamar J. Fyall (Fed. ID #13629)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:  803-929-3000
Fax:  803-256-0233
Email: Lamar.Fyall@usdoj.gov