UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA


| UNITED STATES OF AMERICA | ) | Case No.:  2:26-CR-352 |
| | ) | |
| -vs- | ) | EDWARDS NOTICE |
| | ) | |
| JECKSON ARMANDO VASQUEZ-SALMERON | ) | |

The Defendant hereby asserts his Fifth Amendment right to remain silent and asserts his

Sixth Amendment right to counsel.   The Defendant does not wish to be questioned in the absence

of counsel pursuant to *McNeil v. Wisconsin,* 111 S.Ct. 220 (1991) and *Edwards v. Arizona,* 451

U.S. 477 (1981).


Respectfully submitted,

*/s/Brendan M. Daniels*
Brendan M. Daniels, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29401
Attorney ID #14286


May 11, 2026