THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 2:26-cr-352 |
| | ) | |
| | ) | |
| | ) | **SENTENCING MEMO AND** |
| -vs- | ) | **VARIANCE MOTION** |
| | ) | |
| **JECKSON ARMANDO** | ) | |
| **VASQUEZ-SALMERON** | ) | |

Jeckson Vasquez-Salmeron respectfully requests the Court to impose a sentence of time served. Such a sentence is sufficient to promote respect for the law and to reflect the seriousness of the offense, to provide just punishment without being greater than necessary in consideration of the history and characteristics of the defendant. 18 U.S.C. §3553(a).

Jeckson pled guilty to a misdemeanor under 18 U.S.C. §111(a)(1); the statutory maximum term of imprisonment is one year. PSR ¶50.

Jeckson has been in custody since his arrest on March 5, 2026. On the date of sentencing, he will have served 273 days of pretrial confinement or detention since his arrest.

Jeckson was 18 years old when he was arrested. This was his first offense, making him true zero point offender. His acts that day were out of character and inconsistent with how he went about his daily life. Jeckson was born in El Salvador and brought to this country by his family when he was about 9 years old.

On the morning of March 5th, Jeckson's mother left the apartment with her boyfriend. ICE was in the parking lot waiting to arrest her boyfriend. She was also arrested. His mother texted Jeckson what was happening in the parking lot and urged him to stay inside.

Jeckson panicked. He was a kid who thought he could save his mom. He couldn't. He was not equipped in any form or fashion for an altercation. Jeckson went outside to see if he could help his mom but was not sure what to do. He was confronted by agents. He was scared; he ran.

Jeckson ran to school. He was a senior at Learn4Life High School in North Charleston and expected to graduate in just a few months' time; an event he was looking forward to celebrating. Jeckson enjoyed school and was well liked by his teachers and classmates. Jeckson was arrested shortly after school when leaving a family friend's house. He had gone there to consult with them about hiring an attorney for his mother.

Normally, Jeckson worked several hours each day after school as a maintenance worker. He had done that job since his junior year. Prior to that, beginning in the 10th grade, he worked on a crew as a painter after school and on weekends.

In the almost 8 months since he has been confined, Jeckson turned 19 years old; he celebrated his high school graduation from jail. While in jail, Jeckson kept taking any class he could from certificate programs on employment skills to classes on artificial intelligence (AI) offered through the Charleston County Public Library. Jennifer Miller, the coordinator of the classes, wrote a letter detailing his work with the program and praising his "consistent dedication, maturity, and sincere commitment to self-improvement." *See* Attachments section with this letter and documentation of his academic accomplishments.

Jeckson acted out of character on that March day. He has no record. His actions before and after his arrest support that this was an isolated incident. A time served sentence is accordance with the §3553(a) factors in fashioning a sentence that is not greater than necessary.

Respectfully submitted,

*/s/ Brendan M. Daniels*
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29402
Attorney ID# 14286

Charleston, SC
October 20, 2026

# Attachments

# South Carolina
## High School Diploma

*The State Board of Education, on the recommendation of state officials, and the administrators and faculty of*

**Learn4Life High School - Charleston**

*awards this diploma to*

**Jeckson Vasquez**

*who has completed the required units of credit for graduation.*

*Given at North Charleston, South Carolina, this fifth day of June, 2026.*

Governor

Superintendent

Chair, State Board of Education

Principal

State Superintendent of Education

**Charleston County Sheriff's Office**

SHERIFF'S OFFICE CHARLESTON COUNTY S.C.

**Sheriff Carl Ritchie**

July 6, 2026

RE: Participation in Education and Programs letter for Mr. Jeckson Vasquez Salmeron

To Whom It May Concern,

I am writing this letter on behalf of Mr. Jeckson Vasquez Salmeron, who has been actively involved in our educational programming since April 2026. During his time with us, Mr. Vasquez Salmeron has demonstrated consistent dedication, maturity, and a sincere commitment to self-improvement.

Prior to his arrival at the detention center, Mr. Vasquez Salmeron was already enrolled at Learn4Life High School in North Charleston. Through a strong partnership between our department and Learn4Life, he was able to continue his studies without interruption. Mr. Vasquez Salmeron attended classes five days a week, always on time, prepared, and fully engaged in his coursework. His determination paid off on June 8, 2026, when he proudly graduated from Learn4Life and earned his high school diploma.

In addition to graduating from high school, Mr. Vasquez Salmeron successfully participated in the WIN Career Readiness program, which is a two-week course that includes taking a TABE assessment. He completed and passed several assessments in math, reading comprehension, and data entry. The WIN certificate he earned is nationally recognized and will support his efforts to secure employment in the future.

Mr. Vasquez Salmeron also took part in a series of one-hour classes taught by Charleston County Public Library staff, covering practical skills such as how to use Microsoft Word, Excel, and PowerPoint, as well as how to access library resources and build effective résumés. Throughout all these programs, he consistently displayed respect, politeness, and a positive attitude toward his instructors, detention center staff, and his fellow classmates.

It has been a genuine pleasure having Mr. Vasquez Salmeron in the classroom. His commitment to education and future success is clear in the effort he has put forth during

his time in our programs. I believe he has the motivation and the character to continue making positive progress in his life.

If you have any questions or require additional information, please feel free to contact me.

Respectfully,

Jennifer K. Miller

Jennifer K. Miller
Inmate Education and Programs Coordinator
Charleston County Sheriff's Office
Al Cannon Detention Center

jkmiller@charlestoncounty.org
(843) 529-7452

# CERTIFICATE

## OF ACHIEVEMENT

THIS CERTIFICATE IS PRESENTED TO :

Jeckson Vasquez Salmeron

FOR SUCCESSFULLY PARTICIPATING IN THE PROGRAM
20 TIPS FOR ARTIFICIAL INTELLIGENCE
PRESENTED BY CHARLESTON COUNTY PUBLIC LIBRARY.

[signature]
CCPL Staff

4/28/26
Date

Adult Education
*In South Carolina*
Educating • Empowering • Employing
CHARLESTON

# CERTIFICATE OF PARTICIPATION

*awarded to*

**Sr. Jeckson Vasquez-Salmeron**

*For participation in the*

**WORKREADY CREDENTIAL PROGRAM (WIN)**

Instructor: ___Sr. Earl_______ Date: __June 5, 2026___

# The South Carolina Work Ready Credential

## ACHIEVEMENT LEVEL 2

has been earned by

# Jeckson Vasquez-Salmeron

for demonstrating mastery of academic and employability skills.

WORK READY
ACHIEVEMENT
LEVEL 2

6/5/2026

Date

Henry McMaster, Governor

Endorsed by the National Work Readiness Council

# South Carolina Work Ready Credential

The **South Carolina Work Ready Credential** is based on validated career readiness assessments that provide a correlation of the skills a participant demonstrates with the skills needed to prepare for a job according to the U.S. Department of Labor's O*NET Job Zones Framework. This participant has demonstrated proficiency in the following skill areas and is prepared to begin their career path at **Job Zone Level 2.**

## Work Ready Math

### Skills for Level 3

A participant who has earned an **Achievement Level 3** in Work Ready Math has the foundational math skills to succeed in preparatory programs for **O*NET Job Zone 3** career pathways. Participants can apply problem solving strategies and mathematical understandings to solve multi-step mathematical problems in the context of Job Zone 3 occupations. For example, participants have demonstrated the ability to:

- Solve multi-step word problems with percentages to calculate sales tax, discounts, or success rate.
- Solve problems with unlike fractions, such as combining different dimensions.
- Use ratios and proportions to estimate quantity or cost, such as when creating a project plan.
- Calculate perimeter, circumference, or area such as when determining product dimensions or surveying land.
- Calculate the volume of a sphere, cylinder, or cone such as determining a silo's grain capacity.
- Analyze data represented in a simple graph or table such as interpreting energy usage data.
- Use estimation as a strategy to verify information.

## Work Ready Reading

### Skills for Level 3

A participant who has earned an **Achievement Level 3** in Work Ready Reading has the foundational literacy skills to succeed in preparatory programs for **O*NET Job Zone 3** career pathways. Participants can apply strategies to understand and evaluate a variety of text formats in the context of Job Zone 3 occupations. For example, participants have demonstrated the ability to:

- Verify details across two sources of information to confirm accuracy such as financial transactions.
- Understand chronological order in a text and determine key information such as when maintaining medical records.
- Summarize the main idea of an informational text such as when acquiring professional knowledge.
- Recognize common informational text formats such as reports and flowcharts.
- Understand how word choice in a text impacts meaning and tone such as in a promotional brochure.

## Work Ready Data

### Skills for Level 2

A participant who has earned an **Achievement Leve** Work Ready Data has the foundational data literacy : to succeed in preparatory programs for **O*NET Job : 2** career pathways. Participants can understand information from basic to moderately complex data sources typically found in Job Zone 2 occupations. F example, participants have demonstrated the ability t

- Determine credible sources of information.
- Use different formats to locate information such as forms, work orders, flowcharts, and floor plans.
- Determine data points from graphic sources of information, such as tables, pie charts, bar graphs and line graphs.
- Identify the relationship between variables such a: when analyzing energy usage data over time.
- Verify the accuracy and alignment of data betwee sources such as employee time cards and pay statements.

There are four credential levels (Achievement Levels 2-5). Each level requires successful completion of all three academic skills assessments (Work Ready Math, Work Ready Reading, and Work Ready Data) with scores at that level or above.
O*NET is sponsored by the U.S. Department of Labor. To learn more about the O*NET Job Zone Framework, visit https://onetonline.org/help/online/zones.

This credential is issued by the National Work Readiness Council, an independent national nonprofit workforce development, training, and advocacy organization, in partnership with WIN Learning, a career readiness company offering e-learning solutions including academic and employability skills courseware and assessments to prepare learners and job seekers for career pathways and life success.